IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRINSON ALLEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:10cv322-WHA |
| ) | |
| J. A. KELLER, ) | (WO) |
| ) | |
| Respondent. ) | |

**JUDGMENT**

In accordance with the order of the court entered on this day,

Final Judgment is entered in favor of the Respondent, J. A. Keller, and against the Petitioner, Brinson Allen, and this case is DISMISSED without prejudice.

DONE this 17th day August, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE